

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

THE STATE OF TEXAS,                    §              No. 08-18-00190-CR

                      State,           §                 Appeal from the

v.                                     §          Criminal District Court No. 1

TIMOTHY WEST,                          §            of El Paso County, Texas

                      Appellee.        §              (TC# 20180D03392)

                                       §

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 19, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 19, 2019.

IT IS SO ORDERED this 21st day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.